WILLIAM A. MILES & CO., Respondents, v. OELSNER, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by William A. Miles & Co. against Rudolph Oelsner. J. T. McGovern, for appellant. De Witt Bailey, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

WILLIAMS, Respondent, v. BETTELS, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Frank S. Williams against Charles Bettels. No opinion. Judgment and order unanimously affirmed, with costs.

WILLIAMS, Respondent, v. CITIZENS' STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Frank Williams against the Citizens' Steamboat Company.
PER CURIAM. Order granting extra allowance reversed, and judgment modified, by deducting therefrom the amount of said extra allowance, and, as so modified, said judgment and order denying new trial affirmed, with costs. See, also, 128 App. Div. 807, 113 N. Y. Supp. 616.
SMITH, P. J., not voting.

WILLIAMS, Respondent, v. POUGHKEEPSIE CITY & W. F. ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by George Williams against Poughkeepsie City & Wappingers Falls Electric Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

WILLIAMS v. SILLESKY. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by James A. Williams against Daniel D. Sillesky. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

WILSON et al., Respondents, v. FENNESSY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by George K. Wilson and another against James E. Fennessy, impleaded. J. F. Harrington, for appellant. W. J. Cahill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WINKLER, Respondent, v. H. CLAUSEN & SON, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by John Winkler against H. Clausen & Son. F. V. Johnson, for appellant. M. L. Malevinsky, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,500, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

WINKLER, Appellant, v. SCHMIDT, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Joseph Winkler against Adolph Schmidt. No opinion. Judgment affirmed by default, with costs.

WISE, Appellant, v. VILLAGE OF DOLGEVILLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by James H. Wise against the Village of Dolgeville.
PER CURIAM. Order affirmed with $10 costs and disbursements.
WILLIAMS, J., dissents.

WOODBURY et al., Appellants, v. BUGGELN, Respondent, et al. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by William A. Woodbury and another against Robert Buggeln, impleaded with others. B. Patterson, for appellants. R. S. Nichols, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WOODS, Appellant, v. CONGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Ernest Woods against Benn Conger and others. No opinion. Order affirmed, with $10 costs and disbursements.

WRIGHT, Appellant, v. BUDD, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Hezekiah K. Wright against Francis F. Budd. No opinion. Judgment unanimously affirmed, with costs.

WRIGHT, Respondent, v. DAY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Katherine K. Wright against Charles J. Day and another. W. C. Beecher, for appellants. D. Bailey, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 59 Misc. Rep. 76, 111 N. Y. Supp. 1105.

WRIGHT, Respondent, v. ROCHESTER PRINTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Warren S. H. Wright against the Rochester Printing Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
WILLIAMS, J., dissents.

YATES, Respondent, v. YATES, Appellant. (Supreme Court, Appellate Division, Fourth De-